UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERIES TALAMAS, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff(s),<br><br>　　　　　-against-<br><br>CADDIS FUNDING, LLC,<br><br>　　　　　　Defendant(s). | Civil Case No.: 1:22-cv-00256 (PAE)(SN)<br><br>**<u>CIVIL ACTION</u>**<br><br>**NOTICE OF SETTLEMENT** |
| JERIES TALAMAS, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff(s),<br><br>　　　　　-against-<br><br>LAW OFFICE OF STEVEN COHEN, LLC,<br><br>　　　　　　Defendant(s). | Civil Case No.: 1:22-cv-00403 (PAE)(SN) |

　　　Please be advised that the above-captioned matters have been settled and a Stipulation Of Dismissal will be filed shortly.

Dated: September 20, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Wolf*
　　　　　　　　　　　　　　　　　　　　　　　　　　Benjamin J. Wolf, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　JONES, WOLF & KAPASI, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　One Grand Central Place
　　　　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, 46th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　　　　　　　　　　　(646) 459-7900 telephone
　　　　　　　　　　　　　　　　　　　　　　　　　　(646) 459-7973 facsimile
　　　　　　　　　　　　　　　　　　　　　　　　　　bwolf@legaljones.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*